UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK;
ATTORNEY MATTHEW W. DALOISIO
NEIGHBORHOOD DEFENDER SERVICE OF
HARLEM,

                      Plaintiff,

            -against-

ROBERT WATSON; EVELYN WATSON
(DECEASED),

                  Defendants.

25-CV-5995 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order September 26, 2025, the Court granted Plaintiff 30 days' leave to file an amended notice of removal. The Court notified Plaintiff that if he did not file a notice of removal, the Court would dismiss this action and direct the Clerk of Court to enter a judgment. Plaintiff did not file an amended notice of removal. Accordingly, the Court dismisses this action and directs the Clerk of Court to enter a civil judgment.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

  Dated:   March 10, 2026
            New York, New York

                            /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                        Chief United States District Judge