UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK;
ATTORNEY MATTHEW W. DALOISIO
NEIGHBORHOOD DEFENDER SERVICE
OF HARLEM,

                          Plaintiff,                              25cv5995 (LTS)

           -against-                                              CIVIL JUDGMENT

ROBERT WATSON; EVELYN WATSON
(DECEASED),

                          Defendants.

For the reasons stated in the March 10, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).


SO ORDERED.

Dated:   March 12, 2026
         New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge